UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAMES KALBERT BRAGGS,<br><br>        Petitioner,<br><br>   v.<br><br>YOLO COUNTY CWS,<br><br>        Respondent. | No. 2:25-cv-0693-SCR<br><br>ORDER |

Petitioner has filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2241. However, a recent court order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change. More than thirty days have passed since the court order was returned by the postal service and petitioner has failed to notify the Court of a current address. See Local Rule 183(b) (requiring a change of address to be filed within 30 days). Petitioner shall show cause in writing why this case should not be dismissed for failure to prosecute based on his failure to provide the court with an updated address.

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause in writing
2  within 21 days from the date of this order why this case should not be dismissed for failure to
3  prosecute.
4  DATED: May 27, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE