UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAMES KALBERT BRAGGS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>YOLO COUNTY CWS,<br><br>　　　　Respondent. | No.  2:25-CV-0693-SCR<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By order filed May 27, 2025, petitioner was ordered to show cause, within thirty days, why this action should not be dismissed for failure to prosecute and for failure to provide a change of address as required by local rules.  ECF No. 4.  The thirty-day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

　　　　IT IS HEREBY ORDERED that the Clerk of Court randomly assign this matter to a district judge.

　　　　IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty one days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 30, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE